UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TOUPS FAMILY, LLC | CIVIL ACTION NO. 23-cv-364 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| FCCI INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Toups Family, LLC filed this civil action in state court against FCCI Insurance Company to assert insurance claims based on alleged severe storm damage to three commercial properties owned by Toups. FCCI removed the case based on an assertion of diversity jurisdiction. The amount in controversy element appears to be satisfied, and FCCI alleges that it is a corporation organized under Florida law with its principal place of business in Florida.

FCCI alleges in its notice of removal and Diversity Jurisdiction Disclosure Statement that the plaintiff LLC "is a citizen of the States of Louisiana and Texas," but FCCI does not provide any factual basis for that conclusion.

The members of Toups Family, LLC are not identified, and it is their citizenship that is relevant. Each member must be identified, and each member's citizenship must be alleged in accordance with the applicable rules. Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018). The relevant times for assessing the members of the LLC are when the state court petition was filed and the time of removal.

Coury v. Prot, 85 F.3d 244, 249 (5th Cir. 1996)("In cases removed from state court, diversity of citizenship must exist both at the time of filing in state court and at the time of removal to federal court.").

Accordingly, **Toups Family, LLC is ordered to file a Rule 7.1 Diversity Jurisdiction Disclosure Statement by April 3, 2023 that sets forth its citizenship in accordance with these requirements**. The court will then determine whether there is a basis for diversity jurisdiction.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 22nd day of March, 2023.

Mark L. Hornsby
U.S. Magistrate Judge